UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>       Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>       Defendant. | Civil Action No. 14-1311 (KBJ) |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE ITS ANSWER

Defendant Federal Bureau of Investigation ("Defendant," or the "FBI"), by and through undersigned counsel, hereby respectfully files this motion for an extension of time of thirty (30) days in which to file its answer or otherwise respond to Plaintiff Electronic Privacy Information Center's complaint. Undersigned counsel has consulted with counsel for Plaintiff and Plaintiff consents to only a fourteen day extension; however, as set forth below, good cause exists to grant this motion.

1. Defendant's Answer or other response to Plaintiff's Complaint is currently due Thursday, September 11, 2014.

2. Undersigned counsel received the file in this case on September 3, 2014, and was in a bench trial on September 3-4, 2014, in *Pamela Taylor v. United States*, Civ. No. 12-894 (D.D.C.). Thus, undersigned counsel has had limited time to review the file in this case and/or discuss the case with FBI counsel.

3. Undersigned counsel has, however, received a preliminary status report from the FBI and, based on that status report, reached out to Plaintiff to determine whether the parties

could discuss one of the core issues (the fee waiver) in this case and whether Plaintiff would consent to a 30 day extension. Plaintiff would only agree to 14 days.

4. A 30 day extension is necessary, however, both in light of undersigned counsel's possession of the case file for less than a week and to provide both undersigned counsel and the FBI a meaningful opportunity to figure out the status of Plaintiff's information request, what non-privileged, responsive information subject to FOIA exists (if any), and how quickly that information could be processed – an opportunity which could moot and/or narrow some issues in this case.

5. Thus, Defendant is requesting this extension not only to provide itself the opportunity to fully respond to Plaintiff's complaint, but also to explore resolution of issues in this case.

WHEREFORE, the FBI respectfully requests that the Court grant this motion and extend its deadline to file its Answer or otherwise respond through and including **October 10, 2014**. A proposed order is attached.

Dated: September 8, 2014
Washington, DC

Respectfully submitted,

RONALD C. MACHEN JR., D.C. Bar #447889
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By: _____/s/_____
WYNNE P. KELLY
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 252-2545
wynne.kelly@usdoj.gov

*Attorneys for Defendant*