UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 14-1311 (KBJ) |
| v. | ) ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S CONSENT MOTION FOR A STAY OF THESE PROCEEDINGS TO ALLOW FOR THE PRODUCTION OF DOCUMENTS**

Defendant Federal Bureau of Investigation ("Defendant," or the "FBI"), by and through undersigned counsel, hereby respectfully files this motion for a stay of these proceedings to allow the FBI to process the potentially responsive documents subject to FOIA. Undersigned counsel has consulted with counsel for Plaintiff and Plaintiff consents to the relief requested. Good cause exists to grant this motion.

1. Defendant's Answer or other response to Plaintiff's Complaint is currently due Friday, October 10, 2014, after the Court granted Defendant's first motion for an extension of time.

2. Undersigned counsel has worked diligently with FBI agency counsel on this matter.

3. In fact, FBI has already identified the potentially responsive documents subject to FOIA – around 4,000 pages of documents. Further, to narrow the issues in dispute in this case, FBI has agreed to waive all fees in this case.

4. Additionally, FBI has already begun to process the potentially responsive documents subject to FOIA.


5. However, due to the nature of Plaintiff's request, the documents must first go through a classification review before they can be processed by FBI's FOIA office. The classification review should take approximately 8 weeks and after that, the FBI can process 500 pages of documents per month.

6. Thus, FBI will produce documents on a rolling basis to Plaintiff each month, beginning on December 15, 2014, with a final production to be completed by Monday, August 31, 2015.

7. Additionally, FBI will provide a status report to the Court and to Plaintiff each month beginning December 15, 2014.

8. After the FBI's final production on or before August 30, 2015, on or before September 15, 2015, the FBI will confer with Plaintiff and file a status report informing the Court on what, if any, issues remain to be litigated, and, if so, a proposed briefing schedule.

9. Plaintiff will not be prejudiced by this stay and has consented to the relief requested.

WHEREFORE, the FBI respectfully requests that the Court grant this motion and stay these proceedings through **August 31, 2015**. A proposed order is attached.

Dated: October 8, 2014
Washington, DC

Respectfully submitted,

RONALD C. MACHEN JR., D.C. Bar #447889
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:          /s/
WYNNE P. KELLY
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 252-2545
wynne.kelly@usdoj.gov
*Attorneys for Defendant*