UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 14-1311 (KBJ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER GRANTING DEFENDANT'S MOTION FOR STAY OF THESE PROCEEDINGS

THIS CAUSE comes before the Court upon Defendant's Consent Motion for Stay of These Proceedings.

UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is GRANTED.  This case is STAYED through and including **August 31, 2015**.  It is further ORDERED AND ADJUDGED that Defendant shall begin rolling production of documents on December 15, 2014 and complete production by August 30, 2015. It is further ORDERED that Defendant shall provide monthly status reports to the Court and shall inform the Court on **September 15, 2015**, of what, if any proceedings will be necessary.

DONE AND ORDERED in Washington, District of Columbia, this <u>8th</u> day of <u>    October    </u>, 2014.

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge