UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>       Plaintiff,<br><br>       v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>       Defendant. | Civil Action No. 14-1311 (KBJ) |

**DEFENDANT'S STATUS REPORT**

Defendant Federal Bureau of Investigation ("Defendant," or the "FBI"), by and through undersigned counsel, and pursuant to the Court's Order of October 8, 2014 [ECF No. 9], hereby respectfully files this report informing Plaintiff and the Court of the status of the processing of Plaintiff's request.

1. As Defendant stated in its Motion for Stay, the FBI can process approximately 500 pages of documents per month.

2. Since the Court's Order of October 8, 2014, the FBI has been able to process 1,069 pages of potentially responsive documents.

3. Of those 1,069 pages, 22 pages are responsive to Plaintiff's FOIA request, while the remaining 1,047 pages are non-responsive. The 22 responsive pages, with any statutorily-exempt information withheld, have been sent to Plaintiff via Federal Express.

4. Defendant will provide another status report on January 15, 2015.

- 2 -

Dated: December 15, 2014
Washington, DC

        Respectfully submitted,

        RONALD C. MACHEN JR., D.C. Bar #447889
        United States Attorney

        DANIEL F. VAN HORN, D.C. Bar #924092
        Chief, Civil Division

By:     /s/
        WYNNE P. KELLY
        Assistant United States Attorney
        555 4th Street, NW
        Washington, DC 20530
        (202) 252-2545
        wynne.kelly@usdoj.gov

*Attorneys for Defendant*