UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 14-1311 (KBJ) |
| v. | ) ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) ) | |
| Defendant. | ) ) ) | |

**DEFENDANT'S STATUS REPORT**

Defendant Federal Bureau of Investigation ("Defendant," or the "FBI"), by and through undersigned counsel, and pursuant to the Court's Order of October 8, 2014 [ECF No. 9], hereby respectfully files this report informing Plaintiff and the Court of the status of the processing of Plaintiff's request.

1. As Defendant stated in its Motion for Stay, the FBI can process approximately 500 pages of documents per month.

2. Since Defendant's last Status Report filed on December 15, 2014 [ECF No. 10], the FBI has been able to process 816 pages of potentially responsive documents.

3. Of those 816 pages, 89 pages were responsive to Plaintiff's FOIA request, while the remaining 727 pages are non-responsive. Of those 89 pages, 69 responsive pages, with any statutorily–exempt information withheld, have been sent to Plaintiff via Federal Express.

4. Defendant will provide another status report on February 15, 2015.

Dated:  January 15, 2015
Washington, DC

Respectfully submitted,

RONALD C. MACHEN JR., D.C. Bar #447889
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:  _____/s/_____

WYNNE P. KELLY
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 252-2545
wynne.kelly@usdoj.gov

*Attorneys for Defendant*