UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | Civil Action No. 14-1311 (APM) |

## DEFENDANT'S STATUS REPORT

Defendant Federal Bureau of Investigation ("Defendant," or the "FBI"), by and through undersigned counsel, and pursuant to the Court's Order of October 8, 2014 [ECF No. 9], hereby respectfully files this report informing Plaintiff and the Court of the status of the processing of Plaintiff's request.

1. As Defendant stated in its Motion for Stay, the FBI can process approximately 500 pages of documents per month.

2. Since Defendant's last Status Report filed on January 15, 2015 [ECF No. 11], the FBI has been able to process 502 pages of potentially responsive documents.

3. Of those 502 pages, 439 pages were responsive to Plaintiff's FOIA request, while the remaining 163 pages are non-responsive. Those 439 responsive pages, with any statutorily–exempt information withheld, will be sent to Plaintiff via Federal Express on February 17, 2015.[1]

4. Defendant will provide another status report by March 15, 2015.

---

[1] Defendant is filing this report today, February 12, 2015, because February 15th (this report's due date) is a Sunday and undersigned counsel is expected to be in a deposition all day tomorrow, February 13, 2015.

Dated: February 12, 2015
Washington, DC

        Respectfully submitted,

        RONALD C. MACHEN JR., D.C. Bar #447889
        United States Attorney

        DANIEL F. VAN HORN, D.C. Bar #924092
        Chief, Civil Division

By:     /s/
        WYNNE P. KELLY
        Assistant United States Attorney
        555 4th Street, NW
        Washington, DC 20530
        (202) 252-2545
        wynne.kelly@usdoj.gov

*Attorneys for Defendant*