UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,        )<br><br>)<br>)<br>)<br>Plaintiff,      )<br>)<br>v.         )<br>)<br>FEDERAL BUREAU OF INVESTIGATION,   )<br>)<br>Defendant.      )<br>) | Civil Action No. 14-1311 (APM) |

**DEFENDANT'S STATUS REPORT**

Defendant Federal Bureau of Investigation ("Defendant," or the "FBI"), by and through undersigned counsel, and pursuant to the Court's Order of October 8, 2014 [ECF No. 9], hereby respectfully files this report informing Plaintiff and the Court of the status of the processing of Plaintiff's request.

1. As Defendant stated in its Motion for Stay, the FBI can process approximately 500 pages of documents per month.

2. Since Defendant's last Status Report filed on February 12, 2015 [ECF No. 12], the FBI has been able to process 500 pages of potentially responsive documents.

3. Of those 500 pages, 457 pages were responsive to Plaintiff's FOIA request, while the remaining 43 pages are non-responsive.  Those 457 responsive pages, with any statutorily–exempt information withheld, will be sent to Plaintiff via Federal Express by March 17, 2015.

4. Defendant will provide another status report by April 15, 2015.

Dated: March 12, 2015
Washington, DC

Respectfully submitted,

RONALD C. MACHEN JR., D.C. Bar #447889
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By: _____/s/_____
    WYNNE P. KELLY
    Assistant United States Attorney
    555 4th Street, NW
    Washington, DC 20530
    (202) 252-2545
    wynne.kelly@usdoj.gov

*Attorneys for Defendant*