UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>    Defendant. | Civil Action No. 14-1311 (APM) |

## DEFENDANT'S STATUS REPORT

Defendant Federal Bureau of Investigation ("Defendant," or the "FBI"), by and through undersigned counsel, and pursuant to the Court's Order of October 8, 2014 [ECF No. 9], hereby respectfully files this report informing Plaintiff and the Court of the status of the processing of Plaintiff's request.

1. As Defendant stated in its Motion for Stay, the FBI can process approximately 500 pages of documents per month.

2. Since Defendant's last Status Report filed on May 13, 2015 [ECF No. 15], the FBI has been able to process 375 pages of potentially responsive documents.

3. Of those 375 pages, 373 pages were responsive to Plaintiff's FOIA request, while the remaining 2 pages are non-responsive. Additionally, 6 pages of the 373 pages were fully exempt under FOIA from release. The remaining 367 responsive pages, with any statutorily-exempt information withheld, will be sent to Plaintiff via Federal Express.

4. With this production, FBI has finished its processing of all of the potentially-responsive documents subject to FOIA found in response to Plaintiff's FOIA request.[1] To provide Plaintiff the opportunity to review the full production and determine what, if any, issues have now been mooted or resolved in this litigation, Defendant would respectfully suggest that the existing schedule and its attendant deadlines remain in place.

5. Defendant will therefore submit a status report on or before July 15, 2015.

Dated: June 15, 2015
Washington, DC

        Respectfully submitted,

        VINCENT H. COHEN, JR., D.C. Bar #471489
        Acting United States Attorney

        DANIEL F. VAN HORN, D.C. Bar #924092
        Chief, Civil Division

        By: /s/
        WYNNE P. KELLY
        Assistant United States Attorney
        555 4th Street, NW
        Washington, DC 20530
        (202) 252-2545
        wynne.kelly@usdoj.gov

        *Attorneys for Defendant*

---

[1] Undersigned counsel notified counsel for Plaintiff that this last production would be the final production as soon as he was informed of this fact on Wednesday, June 10, 2015.