UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | Civil Action No. 14-1311 (APM) |

## JOINT STATUS REPORT

Plaintiff Electronic Privacy Information Center ("Plaintiff") and Defendant Federal Bureau of Investigation ("Defendant," or the "FBI," together with Plaintiff, the "Parties"), by and through undersigned counsel, and pursuant to the Court's Order of October 8, 2014 [ECF No. 9], hereby respectfully file this joint status report.

1. The Parties have met and conferred regarding the FBI's production in response to Plaintiff's request for information pursuant to the Freedom of Information Act, 5 U.S.C. § 552.

2. Based upon its review of the production, Plaintiff has identified documents with information withheld it will not contest, but Plaintiff requires additional information for the remaining documents.

3. In an attempt to further narrow the issues in dispute, the FBI will produce a sample *Vaughn* index explaining the reasons for the withholdings for a sample set of Plaintiff's choosing.

4. Plaintiff has already chosen its sample set and the FBI is able to produce its sample *Vaughn* index on or before **November 3, 2015**.

5. The parties respectfully propose that, after this sample *Vaughn* is produced, Plaintiff be afforded an opportunity to review the *Vaughn*, the Parties then meet and confer again, and the Parties file a new joint status report on **November 17, 2015**, explaining what (if any) additional proceedings are required.

WHEREFORE, the Parties respectfully file this joint status report and request that they be permitted to continue to explore ways to narrow the issues in dispute in this case and file a new joint status report on November 17, 2015.

Dated: September 15, 2015
Washington, DC

Respectfully submitted,

| | |
|---|---|
| MARC ROTENBERG, D.C. Bar # 422825<br>EPIC President | VINCENT H. COHEN, JR., D.C. Bar #471489<br>Acting United States Attorney |
| ALAN BUTLER, D.C. Bar # 1012128<br>EPIC Senior Counsel | DANIEL F. VAN HORN, D.C. Bar #924092<br>Chief, Civil Division |
| /s/ Jeramie D. Scott<br>JERAMIE D. SCOTT, D.C. Bar # 1025909<br>Electronic Privacy Information Center<br>1718 Connecticut Ave. NW, Suite 200<br>Washington, DC 20009<br>(202) 483-1140<br>jscott@epic.org | By:   /s/<br>    WYNNE P. KELLY<br>Assistant United States Attorney<br>555 4th Street, NW<br>Washington, DC 20530<br>(202) 252-2545<br>wynne.kelly@usdoj.gov |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |