UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil No. 14-cv-01311 (APM) |

## JOINT STATUS REPORT

Plaintiff Electronic Privacy Information Center ("EPIC") and Defendant Federal Bureau of Investigation ("FBI,"), pursuant to the Court's Order of September 16, 2015, hereby file this joint status report.

1. The FBI produced to EPIC on November 2, 2015 a sample Vaughn Index explaining the legal basis for withholding certain documents, and portions of documents, sought by EPIC.

2. EPIC is currently reviewing the sample Vaughn.

3. EPIC has asked the FBI to conduct a supplemental search for the Privacy Impact Assessments described in the Privacy Threshold Analysis documents previously provided to EPIC by the FBI.

4. The FBI has agreed to perform a supplemental search and will produce any additional documents by February 2, 2016.

5. The Parties propose to file a joint status report on February 16, 2016 after EPIC has had an opportunity to review the documents provided by the FBI.

2

Dated: November 17, 2015
Washington, DC

Respectfully submitted,

| | |
|---|---|
| MARC ROTENBERG, D.C. Bar # 422825<br>EPIC President | CHANNING D. PHILLIPS, D.C. Bar #415793<br>United States Attorney |
| ALAN BUTLER, D.C. Bar # 1012128<br>EPIC Senior Counsel | DANIEL F. VAN HORN, D.C. Bar #924092<br>Chief, Civil Division |
| */s/ Jeramie D. Scott*<br>JERAMIE D. SCOTT, D.C. Bar # 1025909<br>Electronic Privacy Information Center<br>1718 Connecticut Ave. NW, Suite 200<br>Washington, DC 20009<br>(202) 483-1140<br>jscott@epic.org | */s/ Wynne P. Kelly*<br>WYNNE P. KELLY<br>Assistant United States Attorney<br>555 4th Street, NW<br>Washington, DC 20530<br>(202) 252-2545<br>wynne.kelly@usdoj.gov |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

2