UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | Civil Action No. 14-1311 (APM) |

**[PROPOSED] ORDER**

Upon consideration of the parties' cross-motions for summary judgment, it is hereby

**ORDERED** that Plaintiff's Cross Motion for Summary Judgment is **GRANTED**; and it is

**FURTHER ORDERED** that the Defendant's Motion for Summary Judgment is **DENIED**. Defendant has until **[30 days after this order]** to produce the disputed records withheld under Exemption 7(E) and to conduct a supplemental search for the records.

Dated: _____

_____
Hon. Amit P. Mehta
United States District Judge