UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | Civil Action No. 14-1311 (APM) |

## JOINT STATUS REPORT

Plaintiff Electronic Privacy Information Center ("Plaintiff" or "EPIC") and Defendant Federal Bureau of Investigation ("Defendant," or the "FBI," together with Plaintiff, the "Parties"), by and through undersigned counsel, and pursuant to the Court's Memorandum Opinion and Order of February 21, 2017 [ECF No. 32], hereby respectfully file this joint status report.

1. After reviewing the Court's Memorandum Opinion and Order, the FBI intends to file a supplemental declaration/*Vaughn* addressing the issues identified by the Court.

2. The FBI will provide EPIC with the supplemental declaration within sixty (60) days or by May 3, 2017.

3. The Parties then respectfully request they be given a period of fourteen (14) days for EPIC to review the supplemental declaration and the Parties to meet and confer to determine if they can further narrow or even eliminate the remaining issues in dispute.

4. If the Parties are unable to resolve the remaining issues, they will then propose jointly a briefing schedule at the end of that period: on or before May 17, 2017.

WHEREFORE, the Parties respectfully file this joint status report and request that FBI be permitted to provide a supplemental declaration to EPIC by May 3, 2017, and that the parties provide a proposed briefing schedule to the Court by May 17, 2017, if they are unable to resolve all of the remaining issues in this litigation.

Dated: March 3, 2017
Washington, DC

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar #415793
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:  /s/
WYNNE P. KELLY
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 252-2545
wynne.kelly@usdoj.gov

*Attorneys for Defendant*

MARC ROTENBERG, D.C. BAR # 422825
EPIC President

ALAN BUTLER, D.C. BAR # 1012128
EPIC Senior Counsel

 /s/ Jeramie D. Scott
JERAMIE D. SCOTT, D.C. BAR # 1025909
Electronic Privacy Information Center
1718 Connecticut Ave. NW, Suite 200
Washington, DC 20009
(202) 483-1140
jscott@epic.org

*Counsel for Plaintiff*