UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>*Defendant*. | Civil Action No. 14-1311 (APM) |

**JOINT MOTION FOR BRIEFING SCHEDULE**

Defendant, the Federal Bureau of Investigation ("FBI"), along with Plaintiff, the Electronic Privacy Information Center ("EPIC"), hereby submit this Joint Motion for a Briefing Schedule pursuant to this Court's March 3, 2017 Minute Order.

EPIC filed a Freedom of Information Act ("FOIA") request with the FBI on June 4, 2014. *See* Mem. Op. at 2 (ECF No. 21). EPIC sought all unpublished FBI Privacy Impact Assessments ("PIAs") and Privacy Threshold Analyses ("PTAs"). *See id.* The FBI completed its review of responsive records on January 11, 2016. *See id.* at 3. The FBI withheld portions of responsive records pursuant to FOIA Exemptions 1, 3, 5, 6, 7(C), 7(D), and 7(E). *See id.*

Before the Parties filed their cross-motions for summary judgment, EPIC agreed to limit its challenges to: (1) the sufficiency of the FBI's search for responsive records; (2) the application of Exemption 7(E); (3) Exemption 5; and (4) segregability. *See id.* at 4. On February 21, 2017, this Court entered summary judgment for the FBI on its invocation of Exemptions 5, but otherwise denied the FBI's Motion and ordered that the Parties meet and confer and propose to the Court a briefing schedule for renewed motions for summary judgment. *See id.* at 15.

Since then, the Parties have conferred and EPIC has informed the FBI that it wishes to engage in dispositive briefing on two issues: (1) the FBI's invocation of Exemption 7(E); and (2) the segregability of the portions of records withheld pursuant to Exemption 7(E).

Accordingly, the Parties request that the Court enter the following briefing schedule, as provided in the accompanying Proposed Order:

| | |
|---|---|
| Defendant's Motion for Summary Judgment: | June 30, 2017 |
| Plaintiff's Opposition and Cross-Motion for Summary Judgment | July 31, 2017 |
| Defendant's Reply in Support of Motion for Summary Judgment and Opposition to Plaintiff's Cross-Motion for Summary Judgment | August 31, 2017 |
| Plaintiff's Reply in Support of Cross-Motion for Summary Judgment | September 22, 2017 |

May 17, 2017

Respectfully submitted,

CHANNING D. PHILLIPS
D.C. Bar #415793
United States Attorney

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

By:  */s/ Brian J. Field*
BRIAN J. FIELD
D.C. BAR #985577
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2551
E-mail: Brian.Field@usdoj.gov

MARC ROTENBERG, D.C. BAR # 422825
EPIC President

ALAN BUTLER, D.C. BAR # 1012128
EPIC Senior Counsel

     */s/ Jeramie D. Scott*
JERAMIE D. SCOTT, D.C. BAR # 1025909
Electronic Privacy Information Center
1718 Connecticut Ave. NW, Suite 200
Washington, DC 20009
(202) 483-1140
jscott@epic.org

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, <br><br> *Plaintiff*, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> *Defendant*. | Civil Action No. 14-1311 (APM) |

## [PROPOSED] ORDER

Upon consideration of the Parties' Joint Motion for a Briefing Schedule and the entire record herein, it is

**HEREBY ORDERED** that the Parties shall file dispositive motions regarding (1) the FBI's invocation of Exemption 7(E); and (2) the segregability of the portions of records withheld pursuant to Exemption 7(E); and it is further

**ORDERED** that the following briefing schedule shall govern these proceedings:

| | |
|---|---|
| Defendant's Motion for Summary Judgment: | June 30, 2017 |
| Plaintiff's Opposition and Cross-Motion for Summary Judgment | July 31, 2017 |
| Defendant's Reply in Support of Motion for Summary Judgment and Opposition to Plaintiff's Cross-Motion for Summary Judgment | August 31, 2017 |
| Plaintiff's Reply in Support of Cross-Motion for Summary Judgment | September 22, 2017 |

**SO ORDERED**

_____                                              _____
Date                                                                         United States District Judge