UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>*Defendant*. | Civil Action No. 14-1311 (APM) |

**JOINT STATUS REPORT**

Defendant, the Federal Bureau of Investigation ("FBI"), along with Plaintiff, the Electronic Privacy Information Center ("EPIC"), hereby submit this Joint Status Report pursuant to this Court's August 1, 2017 Minute Order.

1. On July 31, 2017, EPIC filed a Consent Motion to Vacate the Briefing Schedule. *See* ECF No. 37. Specifically, EPIC stated that "[i]n light of the Court's prior decision, the supplemental FBI declarations, and the agency's motion for summary judgment, EPIC respectfully moves this Court to vacate the current briefing schedule to allow the Parties to begin settlement negotiations." *Id.* at 1–2.

2. The Court granted EPIC's Motion on August 1, 2017. *See* Min. Order (Aug. 1, 2017). In that Order, the Court directed the Parties to submit a joint status report by September 15, 2017, updating the Court on the status of the settlement negotiations. *See id.*

3. Since then, the Parties have been diligently discussing the possibility of settlement in this matter. Although the Parties have not yet reached an agreement that would resolve this

matter, they believe that additional time would be helpful and may allow them to resolve this matter without the need for further briefing.

4. Accordingly, the Parties propose that they continue their settlement negotiations for an additional thirty days, with a joint status report due by October 13, 2017, updating the Court on the Parties' settlement negotiations.

5. A proposed order accompanies this Joint Status Report.

September 15, 2017  Respectfully submitted,

CHANNING D. PHILLIPS
D.C. Bar #415793
United States Attorney

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

By: */s/ Brian J. Field*
BRIAN J. FIELD
D.C. BAR #985577
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2551
E-mail: Brian.Field@usdoj.gov

MARC ROTENBERG, D.C. BAR # 422825
EPIC President

ALAN BUTLER, D.C. BAR # 1012128
EPIC Senior Counsel

  */s/ Jeramie D. Scott*
JERAMIE D. SCOTT, D.C. BAR # 1025909
Electronic Privacy Information Center
1718 Connecticut Ave. NW, Suite 200
Washington, DC 20009
(202) 483-1140
jscott@epic.org

*Counsel for Plaintiff*

2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>*Defendant*. | Civil Action No. 14-1311 (APM) |

## [PROPOSED] ORDER

Upon consideration of the Parties' Joint Status Report and the entire record herein, it is hereby

**ORDERED** that the Parties shall file a joint status report by October 13, 2017, updating the Court on the status of the Parties' settlement negotiations.

**SO ORDERED**

_____                                                       _____
Date                                                                                  United States District Judge