# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, <br><br> *Plaintiff*, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> *Defendant*. | Civil Action No. 14-1311 (APM) |

## JOINT STATUS REPORT

Defendant, the Federal Bureau of Investigation ("FBI"), along with Plaintiff, the Electronic Privacy Information Center ("EPIC"), hereby submits this Joint Status Report pursuant to this Court's October 13, 2017 Minute Order.

1.      On July 31, 2017, EPIC filed a Consent Motion to Vacate the Briefing Schedule. *See* ECF No. 37.  Specifically, EPIC stated that "[i]n light of the Court's prior decision, the supplemental FBI declarations, and the agency's motion for summary judgment, EPIC respectfully moves this Court to vacate the current briefing schedule to allow the Parties to begin settlement negotiations."  *Id.* at 1–2.

2.      The Court granted EPIC's Motion on August 1, 2017.  *See* Min. Order (Aug. 1, 2017).  The Court subsequently directed the Parties to submit a joint status report by November 13, 2017, updating the Court on the status of the settlement negotiations.  *See* Min. Order (Oct. 13, 2017).

3.      Since then, the Parties have reached an agreement in principle and are finalizing

the language of the settlement agreement.  The Parties expect that they can finalize the agreement

by November 17, 2017.

4.      Accordingly, the Parties propose that they continue finalizing the language of the

settlement agreement, with a Joint Status Report due by November 17, 2017, if the Parties have

not filed a Notice of Settlement before then.

5.      A proposed order accompanies this Joint Status Report.

November 13, 2017                              Respectfully submitted,

                                               JESSIE K. LIU
                                               D.C. Bar #472845
                                               United States Attorney

                                               DANIEL F. VAN HORN
                                               D.C. BAR # 924092
                                               Chief, Civil Division

                          By:      */s/ Brian J. Field*
                                   BRIAN J. FIELD
                                   D.C. BAR #985577
                                   Assistant United States Attorney
                                   555 4th Street, N.W.
                                   Washington, D.C. 20530
                                   Tel: (202) 252-2551
                                   E-mail: Brian.Field@usdoj.gov

                                   MARC ROTENBERG, D.C. BAR # 422825
                                   EPIC President

                                   ALAN BUTLER, D.C. BAR # 1012128
                                   EPIC Senior Counsel

                                    */s/ Jeramie D. Scott*
                                   JERAMIE D. SCOTT, D.C. BAR # 1025909
                                   Electronic Privacy Information Center
                                   1718 Connecticut Ave. NW, Suite 200
                                   Washington, DC 20009
                                   (202) 483-1140
                                   jscott@epic.org

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, *Plaintiff*, v. FEDERAL BUREAU OF INVESTIGATION, *Defendant*. | Civil Action No. 14-1311 (APM) |

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Status Report and the entire record herein, it is hereby:

**ORDERED** that the Parties shall file a joint status report by November 17, 2017, if they have not filed a Notice of Settlement before then, updating the Court on the status of the Parties' settlement negotiations.

**SO ORDERED**

_____
Date

_____
United States District Judge